IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,
and RUTH B. JOHNSON,

    Plaintiffs,

vs.                                          CASE NO.: 1:08cv243-SPM/AK

HONORABLE TOBY S. MONACO, et al.,

    Defendants.
_____/

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from handling this matter.

SO ORDERED this 26th day of November, 2008.


                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge