IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,
and RUTH B. JOHNSON,

    Plaintiffs,

v.                                                        CASE NO. 1:08-cv-00243-MP-AK

HONORABLE TOBY S. MONACO, et al.,

    Defendants.

_____/

## **O R D E R**

    This matter is before the Court on Doc. 5, Motion for Recusal, filed by Plaintiffs. In support of their motion to recuse the undersigned, Plaintiffs merely cite to previous decisions by this Court with which they disagree; they allege no facts that would give rise to a significant doubt about the undersigned's impartiality. The Motion for Recusal, Doc. 5, is therefore DENIED. See McWhorter v. City of Birmingham, 906 F.2d 674, 678 (11th Cir. 1990) (discussing the standard for determining whether a judge should recuse himself).

    **DONE AND ORDERED** this   4th   day of December, 2008

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge