IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


FRANK C. JOHNSON, JR.,
RUTH B. JOHNSON,

      Plaintiffs,

v.                                        CASE NO. 1:08-cv-00243-MP-AK

HONORABLE TOBY S. MONACO, et al.,

      Defendants.
_____/

## O R D E R

      This matter is before the Court on Doc. 7, Plaintiffs' second motion for recusal.  On

December 4, 2008, the Court denied Plaintiffs' first motion for recusal, Doc. 5, noting that

Plaintiffs failed to allege any facts that would raise a significant doubt about the undersigned's

impartiality.  See Doc. 6.  Plaintiffs have now filed this second motion for recusal, which is

styled as an "amended motion for recusal."  Plaintiffs previously filed a motion for recusal in

Case No. 1:07-cv-00225-MP-AK at Doc. 85, which was denied at Doc. 86, and Mr. Johnson has

filed a motion for recusal in Case No. 1:08-cv-00038-MP-AK at Doc. 26, which is still pending

and will be denied by a separate order to be filed in that case.

      All of these motions for recusal contain conclusory allegations that the undersigned is

biased against Plaintiffs or that previous decisions by this Court amounted to a violation of

Plaintiffs' civil rights.  As this Court has previously noted, the test in the Eleventh Circuit for

determining whether a judge should recuse himself under 28 U.S.C. § 455 "is whether an

objective, disinterested, lay observer fully informed of the facts underlying the grounds on which

recusal [is] sought would entertain a significant doubt about the judge's impartiality."

<u>McWhorter v. City of Birmingham</u>, 906 F.2d 674, 678 (11th Cir.1990). "[A] judge's rulings in the same or a related case may not serve as the basis for a recusal motion.  The judge's bias must be personal and extrajudicial; it must derive from something other than that which the judge learned by participating in the case."  <u>Id.</u>  I know of no facts that would lead an objective observer to entertain a significant doubt about my impartiality in this case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiffs' motion for recusal, Doc. 7, is DENIED.

**DONE AND ORDERED** this  _9th_ day of December, 2008

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge