**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**FRANK C. JOHNSON, JR.,**
et al,

      Plaintiffs,

vs.                                                                        CASE NO. 1:08CV243-MP/AK

**TOBY S. MONACO, et al,**

      Defendants.

_____/

# O R D E R

Presently before the court is Plaintiff's Motion for Leave to Proceed In Forma Pauperis, with financial affidavit and Affidavit of Claims and Defendants, which Plaintiff was ordered in a previous case to provide when he files a new lawsuit. (Doc. 2). Based on the financial affidavit, Plaintiff's motion for IFP (doc. 2) is **GRANTED**, and he may proceed in this cause without prepayment of court costs.

However, the Court has reviewed yet another complaint filed by the Plaintiff and finds that he has failed to state a claim for relief and it will be recommended by separate report to the district judge that this cause be dismissed.

**DONE AND ORDERED** this  *17th*  day of December, 2008.

                                                     s/ A. KORNBLUM
                                                   **ALLAN KORNBLUM
                                                   UNITED STATES MAGISTRATE JUDGE**