# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**FRANK C. JOHNSON, JR.,**

    **Plaintiff,**

vs.                                                                                          CASE NO. 1:08CV243-MP/AK

**TOBY S. MONACO, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff is a frequent pro se filer in this court and brings this cause against three state court judges alleging that they conspired to violate his civil rights with regard to their handling of his case. (Doc. 1). In a previous case, Case No. 1:08CV38-MP/AK, the recommendations of the undersigned were adopted, including that Plaintiff be identified as an abusive filer with the Clerk's Office and that he be required to file a motion for leave to file a complaint, identifying in 3 pages or less, the nature of his proposed lawsuit, and that any complaints presented to the Clerks Office without such a motion or prior leave to file being granted, should be returned to Plaintiff without filing. (Doc. 29 in Case No. 1:08cv38-MP/AK). The order adopting the recommendations was entered on December 9, 2008, prior to the filing of the complaint in the present cause, which was filed on November 24, 2008. Nonetheless, while these recommendations were pending Plaintiff has filed another lawsuit, which is also frivolous.

In the affidavit of claims attached to the financial affidavit, Plaintiff acknowledges that the judges are entitled to absolute immunity. And they are. The facts he has provided in the complaint for support of his claims, as well as reflected in the court orders attached to the complaint, all pertain to actions taken by Judge Monaco, in particular, in his role as a judge. There are no clearer grounds for barring

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** as frivolous and as barred by absolute judicial immunity and that this case be referenced in the Clerk's records which list him as an abusive filer.

**IN CHAMBERS** at Gainesville, Florida, this __17th__ day of December, 2008.

        *s/ A. KORNBLUM*
        ALLAN KORNBLUM
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:08cv243-mp/ak**