IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,
and RUTH B. JOHNSON,

    Plaintiffs,

v.                    CASE NO. 1:08-cv-00243-MP-AK

HONORABLE TOBY S. MONACO, et al.,

    Defendants.
_____/

### O R D E R

This matter is before the Court on Doc. 14, Motion to Stay, filed by Plaintiffs. The motion was filed on December 22, 2008, the same day the Court adopted the Magistrate's Report and Recommendation and dismissed Plaintiffs' complaint as frivolous and barred by absolute judicial immunity. This case having already been dismissed, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiffs' Motion to Stay, Doc. 14, is DENIED as moot. This case is closed.

**DONE AND ORDERED** this  *29th* day of December, 2008

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge