IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK C. JOHNSON, JR.,
and RUTH B. JOHNSON,

    Plaintiffs,

v.        CASE NO. 1:08-cv-00243-MP-AK

HONORABLE TOBY S. MONACO, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 18, Plaintiffs' motion to proceed *in forma pauperis* on appeal. Under Fed. R. App. P. 24(a)(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, including an affidavit listing the information set out in Fed. R. App. P. 24(a)(1)(A)-(C). A party, however, will not be allowed to proceed *in forma pauperis* on appeal if the district court certifies that the appeal is not taken in good faith. Good faith in this context means that the issues on appeal are not frivolous. The test for determining if an appeal is taken in good faith and not frivolous is whether any of the legal points are reasonably arguable on their merits. Neitzke v. Williams, 490 U.S. 319, 325 (1989) (citing Anders v. California, 386 U.S. 738 (1967)).

Although Plaintiffs' Notice of Appeal, Doc. 17, is not precise, it appears that Plaintiffs are seeking to appeal the following orders: (1) the Court's December 4, 2008, order at Doc. 6 denying Plaintiffs' motion for recusal; (2) the Court's December 9, 2008, order at Doc. 8 denying Plaintiffs' "amended" motion for recusal; and (3) the Court's December 22, 2008, order adopting the Magistrate's Report and Recommendation and dismissing Plaintiffs' case as

frivolous and as barred by absolute judicial immunity.

Plaintiffs state in their notice of appeal that they are appealing the Court's denial of their motions for recusal on the ground that it was improper to deny the motion without first holding a hearing on the motion. This argument is without merit, and there exist no legal points reasonably arguable on their merits that would justify reversal of the order denying Plaintiffs' motion for recusal. See Docs. 6 and 8. As to Plaintiffs' appeal of the Court's order at Doc. 13 dismissing Plaintiffs' complaint, Plaintiffs' appeal of that order is frivolous for the reasons stated in the order. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Court certifies that Plaintiffs' appeal is not taken in good faith. Plaintiffs' motion for leave to appeal *in forma pauperis*, Doc. 18, is DENIED.

**DONE AND ORDERED** this  5th day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge